L.B.F. 2016-4

## STATEMENT OF PRO SE DEBTOR

Debtor's Name  Edna Grace Rodriguez  Case No. ~~22-10153-mdc~~  ER

Address  59 Ottawa Ln , Honey Brook  Chapter of Case _____
Pa 19344

Telephone Number (home) _____    Date Case Filed _____

Telephone Number (work) cell  484-947-6005

1. List the name, address, and telephone number of any person or business assisting you in filing or preparing papers for this case:

   No

2. State how you were referred to the person or business named above or the source of advertisement you responded to.

3. a. Total fee charged by person or business named above  $ _____

   b. Amount of fee paid as of the date you filed bankruptcy $ _____

   c. Did the preparer tell you the amount of court costs that must be paid to file your case?
          YES        NO   (circle one)

4. Were various chapters or types of bankruptcy explained to you?
          YES        NO   (circle one)

   Other Comments _____

5. Did the preparer explain to you that you have the right to claim certain property as exempt?
          YES        NO   (circle one)

FILED
2022 MAY 11  PM 2:20
U.S. BANKRUPTCY COURT

6. Did the preparer give you a copy of the papers he prepared for you?

        YES    NO  (circle one)

Date: 05-11-22           _Egrace_