Hello                                                          05/19/2022

I need extra time to gather all the document, approximately 10 additional days from the established date.

Thank you!

Sincerely

Edna Grace Rodriguez



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    Edna Grace Rodriguez  
        Debtor(s)

Chapter: 13

Bankruptcy No: 22–11213–mdc

## ORDER

**AND NOW,** this 11th day of May, 2022, the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Matrix List of Creditors due 5/18/2022.
    Chapter 13 Plan due by 5/25/2022.
    Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1 Due 5/25/2022.
    Means Test Calculation Form 122C–2 – If Applicable – Due: 5/25/2022.
    Schedules AB–J due 5/25/2022.
    Statement of Financial Affairs due 5/25/2022.
    Summary of Assets and Liabilities Form B106 due 5/25/2022.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

6
Form 130