### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Edna Grace Rodriguez

Debtor(s)

Case No: 22–11213–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

TRIAL
Motion for Relief from Stay <i> in rem relief re: 1705 Geigel Avenue, Orlando, FL 32806</i>. Filed by Residential Asset Sub LLC Represented by REBECCA ANN SOLARZ (Counsel). Hearing scheduled 8/30/2022 at ***12:30 PM a

on: 8/30/22

at: 12:30 PM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  7/6/22

Timothy B. McGrath
Clerk of Court