UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

July 27, 2022

To:
**James Valecko, Esq.**

        In re: **Edna Grace Rodriguez**
        Bankruptcy No. **22-11213MDC**
        Adversary No.
        Chapter 13

Re **Motion to Redact**

The above document(s) were filed in this office on July 26, 2022. Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

    ( )    Voluntary Petition
    ( )    Adversary Proceeding
    ( )    $32.00 Filing Fee for Amendments
    ( )    $26.00 Claims Transfer Fee
    (x)    Motion Filing Fee: $26.00 Fee for Motion to Redact

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

                                        Timothy B. McGrath
                                        Clerk

                                        By:**Paul A. Puskar**
                                            Deputy Clerk

*Fee Notice*
*(12/23/20)*