| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James Valecko<br>436 Seventh Avenue, Suite 2500<br>Pittsburgh, PA 15219<br>412-434-7958<br>State Bar #79596<br>jimvalecko@weltman.com<br>WWR Tracking # 040996176, 040996201<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant:* Citadel Federal Credit Union | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>Edna Grace Rodriguez (Debtor)<br><br><br><br>Debtor(s) | CASE NO.:  22-11213-mdc<br><br>CHAPTER:  13 |
|---|---|
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| | [No hearing Required] |

**Movant** *(name)*:
**Citadel Federal Credit Union**

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 7/25/2022, the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2.  The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

August 1, 2022

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 2-1 | 7/5/2022 | Proof of Claim |
| 3-1 | 7/5/2022 | Proof of Claim |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |