United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 22-11213-mdc

Edna Grace Rodriguez                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edna Grace Rodriguez, 59 Ottawa Lane, Honey Brook, PA 19344-9427 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address , *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES P. VALECKO | |
| | on behalf of Creditor Citadel Federal Credit Union pitecf@weltman.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | |
| | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Residential Asset Sub LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James Valecko<br>436 Seventh Avenue, Suite 2500<br>Pittsburgh, PA 15219<br>412-434-7958<br>State Bar #79596<br>jimvalecko@weltman.com<br>WWR Tracking #_040996176, 040996201<br><br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant:* Citadel Federal Credit Union | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re:<br><br>Edna Grace Rodriguez (Debtor)<br><br><br><br><br><br>Debtor(s) | CASE NO.: 22-11213-mdc<br><br>CHAPTER: 13<br><br>**ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS**<br><br>[No hearing Required] |
|---|---|

**Movant** *(name)*:
**Citadel Federal Credit Union**

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on 7/25/2022, the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted. (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2.  The clerk of the court is directed to restrict public access to the originally filed documents
    identified in the Motion in order to keep the personal data identifiers confidential disclosed in the
    original documents.  (A copy of the list of documents identified in the Motion to be redacted and
    public access to be restricted is attached.)

August 1, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 2-1 | 7/5/2022 | Proof of Claim |
| 3-1 | 7/5/2022 | Proof of Claim |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |