# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-11213-MDC

EDNA GRACE RODRIGUEZ

59 OTTAWA LANE

HONEY BROOK, PA 19344

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EDNA GRACE RODRIGUEZ

59 OTTAWA LANE

HONEY BROOK, PA 19344

Counsel for debtor(s), by electronic notice only.

    PRO-SE
\*
\*
\*,\* \*

Date: 8/11/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee