*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Edna Grace Rodriguez

    Debtor(s)

Case No: 22–11213–mdc

Chapter: 13

---

### *NOTICE OF SHOW CAUSE HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the first, second & third installment payment for a total amount of $234.75 .
will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court on

8/30/22 at 10:30 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003 .

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 19, 2022

44
Form 151