IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTER DISTRICT OF PENNSYLVANIA

Case Number: 22-11213

Plaintiff(s)

Residential Asset Sub LLC

Vs

Defendant(s)

Edna Grace Rodriguez

## MOTION

I AM REQUESTING MOTION TO APPROVE THE SALE OF THE HOUSE

SALE OF SUBJECT PROPERTY ADDRESS: 1705 GEIGEL AVE, ORLANDO Fl 32806.

WE NEED THE RELEASE TO PROCEED WITH THE PAPERWORK.

This  09/13/2022
Date

_Egracee_
Signature

Address: 59 Ottawa Ln, Honey Brook, pa 19344

Phone number: 484-947-6005

Email: Rodriguezgarciaedna476@gmail.com

SEP 15 2022