*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edna Grace Rodriguez
    Debtor(s)

Case No: 22–11213–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Pro Se Debtor Motion For Release ( to Sell) Filed by Edna Grace Rodriguez (telephonic hearing the # to call is 877–336–1828)

    on: 10/27/22

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 9/23/22

Timothy B. McGrath
Clerk of Court

59 – 55
Form 167