United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Edna Grace Rodriguez  
    Debtor

Case No. 22-11213-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Oct 07, 2022      Form ID: pdf900      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edna Grace Rodriguez, 59 Ottawa Lane, Honey Brook, PA 19344-9427 |
| 14699209 | | American Water, 3 School St., Claysville, PA 15323 |
| 14703665 | + | Citadel Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14703663 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, Exton, PA 19341-1119 |
| 14699212 | + | Eagle Disposal, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 14697239 | + | Residential Asset Sub LLC, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14704012 | + | WM CORPORATE SERVICES INC, PO BOX 42930, PHOENIX, AZ 85080-2930 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2022 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14699215 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 08 2022 00:07:00 | Citadel, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14710357 | + | Email/Text: BKRMailOps@weltman.com | Oct 08 2022 00:07:00 | Citadel Federal Credit Union, c/o Weltman, Weinberg & Reis Co LPA, 965 Keynote Circle, Cleveland, OH 44131-1829 |
| 14706259 | | Email/Text: ECF@fayservicing.com | Oct 08 2022 00:07:00 | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14699213 | + | Email/Text: ECF@fayservicing.com | Oct 08 2022 00:07:00 | Fay Servicing, 1601 Lyndon B Johnson Fwy, Farmers Branch, TX 75234-6512 |
| 14699211 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 08 2022 00:07:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14705581 | + | Email/Text: bankruptcygroup@peco-energy.com | Oct 08 2022 00:07:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14697752 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2022 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14697136 | ^ | MEBN | Oct 08 2022 00:00:30 | Residential Asset Sub LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14706680 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2022 00:08:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14690498 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 08 2022 00:08:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690701 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | Oct 08 2022 00:08:16 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14699210 | + Email/Text: rmcbknotices@wm.com | Oct 08 2022 00:07:00 | Waste Management, 3605 Grays Ferry Ave, Philadelphia, PA 19146-2703 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14699214 | | Verizon |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Residential Asset Sub LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JAMES P. VALECKO | on behalf of Creditor Citadel Federal Credit Union pitecf@weltman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

**Edna Grace Rodriguez**
*aka* **EG Home Investments LLC**
Debtor(s)

Chapter 13

Bankruptcy No. 22-11213-mdc

**ORDER**

AND NOW, it is

1.   *(X ) ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.   *( ) ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.   *( ) ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.   *( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.   *( ) ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED,  and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.   *( ) ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

October 6, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.b3.frm