EDNA GRACE RODRIGUEZ
59 OTTAWA LANE
HONEY BROOK, PA 19344

\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 190          PL2 T33  P1 S14697
US BKPT CT PA PHILADEL
900 MARKET ST RM 400
PHILADELPHIA PA 19107-4233

JUN -8 2023

---

EDNA GRACE RODRIGUEZ
59 Ottawa Lane
Honey Brook, Pennsylvania 19344

DOB: 02/19/1981

06/05/2023

To Whom It May Concern:

I am writing because I have a public record from yur court appearing on my credit report. (See attached copy )

I've dispute the item with credit bereaus: LexisNexis, Experian, Equifax and TransUnion all of which confirmed that the public record was verified by you.

Please provide the procedure in which you verify records with the credit bureaus.

Respectfully,

*EDNA GRACE RODRIGUEZ*

EDNA GRACE RODRIGUEZ

| Bureau | TransUnion | Equifax | experian |
|---|---|---|---|
| Total count | 2 | 2 | 2 |
| Hide details | Bankruptcy Chapter 13 Dismissed | Bankruptcy Chapter 13 Dismissed | |
| Account details | | Account details | |
| Type | Bankruptcy Chapter 13 | Type | Bankruptcy Chapter 13 |
| Status | Dismissed | Status | Dismissed |
| Docket Identifier | 2211213 | Docket Identifier | 2211213 |
| Date Filed | May 11, 2022 | Date Filed | May 11, 2022 |
| Court | U.S. Bankruptcy Court | Court | US DIST CT |
| Attorney Name | | Attorney Name | |
| Paid Date | | Paid Date | |
| Settled Date | | Settled Date | |
| Disposition Date | | Disposition Date | |
| Hide details | Bankruptcy Chapter 13 | | Bankruptcy Chapter 13 |

LGL2003A05A0AAA.014697.04.04.000000